UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **5:26-cv-00769-MRA-CTS**                              Date: **June 25, 2026**

Title   **Patricia C. Alcantar v. Nancy A. Berryhill**

Present:    The Honorable CHRISTINA T. SHAY, United States Magistrate Judge

|  Marina Moreno-Carrillo  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

|  Attorneys Present for Plaintiff:  |  Attorneys Present for Defendant:  |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):    Order to Show Cause Re: Dismissal for Lack of Prosecution**

On February 18, 2026, Plaintiff Patricia C. Alcantar ("Plaintiff") filed a complaint seeking review of the final decision denying her application for supplemental security income. ("Complaint," ECF No. 1.)  On April 21, 2026, Defendant filed an answer and the Certified Administrative Record.  (ECF No. 7.)

The Supplemental Rules of Social Security Actions Under 42 U.S.C. § 405(g) ("Supplemental Rules") apply to the procedures for pleading, serving, and litigating this action. *See* Supp. R. 1.  Pursuant to the Supplemental Rules, "[t]he plaintiff must file and serve on the Commissioner a brief for the requested relief within 30 days after the answer is filed or 30 days after entry of an order disposing of the last remaining motion filed under Rule 4(c), whichever is later."  Supp. R. 6.  Thereafter, "[t]he Commissioner must file a brief and serve it on the plaintiff within 30 days after service of the plaintiff's brief."  Supp. R. 7.  Finally, "[t]he plaintiff may file a reply brief and serve it on the Commissioner within 14 days after service of the Commissioner's brief."  Supp. R. 8.

Accordingly, pursuant to Supplemental Rule 6, Plaintiff's brief was due May 21, 2026. To date Plaintiff has not filed her brief.  Plaintiff therefore is **ORDERED TO SHOW CAUSE**, in writing, why the Court should not recommend that this case be dismissed for failure to prosecute, **no later than 30 days after the date of entry of this order**.  If Plaintiff files a brief on or before that date, the Order to Show Cause will be discharged, and no additional action needs to be taken.

**Plaintiff is cautioned that failure to respond to this Order may result in a recommendation that the Complaint be dismissed without prejudice for failure to**

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **5:26-cv-00769-MRA-CTS**                          Date: **June 25, 2026**

Title      **Patricia C. Alcantar v. Nancy A. Berryhill**


**prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil
Procedure 41(b).** *See* **C.D. Cal. L.R. 41-1.**

It is so ordered.